# In the United States Court of Federal Claims

No. 21-1260

(Filed: July 27, 2021)

|  |  |
|---|---|
| **MICHAEL A. TULIPAT,** | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| Defendant. | ) ) ) |

ORDER OF DISMISSAL

Plaintiff originally filed a petition of review in the United States Court of Appeals for the Ninth Circuit. *See* ECF No. 1. The petition was subsequently dismissed for lack of jurisdiction, and the case was transferred to this court on April 16, 2021. *Id.* Information regarding the transfer and further instructions were served on plaintiff via United States mail on April 21, 2021. Plaintiff was instructed to file a transfer complaint on or before May 19, 2021, but has failed to do so.

Rule 41 of the Rules of the Court of Federal Claims provides that "[i]f the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss on its own motion." RCFC 41(b). Therefore, because plaintiff has failed to file a transfer complaint by the specified date, the complaint is DISMISSED for failure to prosecute. The clerk is directed to enter judgment in accordance with this disposition.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge